# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

Savanna Ann Kottke,                                          Bky. No. 22-41513

        Debtor.

First National Bank of Omaha,                                Adv. No.:22-04051

        Plaintiff,

v.

Savanna Ann Kottke,

        Defendant.

## PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

**TO:   Defendant Savanna Ann Kottke, 2970 Clover Ridge Dr, Chaska, MN 55318.**

1.      Plaintiff First National Bank of Omaha, by and through its undersigned attorney, hereby makes this application for default judgment.

2.      The court has jurisdiction over this motion pursuant to 28 U.S.C §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1.  This proceeding is a core proceeding.  The petition commencing the Debtor's Chapter 13 case was filed on January 27, 2022.  The case is now pending in this court.

3.      This application arises under Fed. R. Bankr. P. 7055, Fed. R. Civ. P. 55 and Local Rule 7055-1.  Plaintiff seeks default judgment under Bankruptcy Rule 7055 and Local Rule of Bankruptcy Procedure 7055-1 on its complaint.

1

4.      On December 1, 2022, Plaintiff commenced this adversary proceeding against the Debtor by filing a complaint which requested an Order of the Bankruptcy Court declaring that certain debt owed by Debtor to Plaintiff shall be excepted from discharged pursuant to 11 U.S.C. §523 (a) (2) (A) and/or §523 (a) (2) (C) and judgment awarded in favor of Plaintiff and against Debtor in the amount of $11,476.16 plus the $350.00 Adversary Proceeding filing fee, for a total of $11,826.16, plus interest from the date of the bankruptcy filing, plus the Plaintiff's other costs and disbursements, including attorney's fees incurred for the collection of this debt and of this action as permitted by applicable law.

5.      Plaintiff's Summons and Complaint was duly served upon Debtor on December 6, 2022.

6.      The Debtor has failed to interpose Answer to the Complaint or otherwise appear or defend in this matter.

7.      This application is based upon the Affidavits of Jared M. Goerlitz and Plaintiff.

8.      The total money sought by Plaintiff against Debtors is as follows:

| Total Amount of Charges | $11,476.16 |
| Adversary Proceeding filing fee | $350.00 |
| TOTAL: | $11,826.16 |

WHEREFORE, the Plaintiff seeks an order of the Court granting the Plaintiff default judgment excepting the debt to Plaintiff from discharge and awarding a money judgment for the balance owed, together with interest, costs and attorney's fees.

2

**GOERLITZ LAW, PLLC**

Date: <u>January 23, 2023</u>          By:   <u>/e/ Jared M. Goerlitz</u>

                                        Jared M. Goerlitz (#386714)
                                        *jgoerlitz@goerlitzlaw.com*
                                        P.O. Box 25194
                                        7595 Currell Blvd
                                        St. Paul, MN 55125
                                        Phone: (651) 237-3494
                                        *Attorney for Plaintiff*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

Savanna Ann Kottke,                                                    Bky. No. 22-41513

             Debtor.

First National Bank of Omaha,                              Adv. No.:22-04051

             Plaintiff,

v.

Savanna Ann Kottke,

             Defendant.

## AFFIDAVIT OF DEFAULT, IDENTIFICATION
## AND NON-MILITARY STATUS

1.      Jared M. Goerlitz, being first duly sworn on oath states that I am an attorney representing First National Bank of Omaha in the above-referenced matter and make this Affidavit in support of Plaintiff's Motion for Default Judgment.

2.      Plaintiff commenced this adversary proceeding against Defendant by filing a complaint with the Bankruptcy Court on December 1, 2022.

3.      Plaintiff duly served Defendants with a copy of its Summons and Complaint on December 6, 2022.

4.      Plaintiff has not received any return mail from its service of the Summons and Complaint.

1

5.      Defendant has failed to respond or present any defense to the allegations contained in Plaintiff's Complaint and the time allowed by law and specified in the Summons for Defendant to answer the Complaint has elapsed.

6.      To the best of affiant's knowledge, information and belief the full name of Defendant is **Savanna Ann Kottke**.

7.      To the best of affiant's knowledge, information and belief Defendant Christopher Michael Weston's place of residence and post office address is **2970 Clover Ridge Dr, Chaska, MN 55318.**

8.      Affiant further states that Defendant is not now, as Affiant verily believes, in the military service of the United States; and that this Affidavit is made in compliance with the Service Members Civil Relief Act.

**GOERLITZ LAW, PLLC**

Date: <u>January 23, 2023</u>             By:    <u>/e/ Jared M. Goerlitz</u>
                                        Jared M. Goerlitz (#386714)
                                        *jgoerlitz@goerlitzlaw.com*
                                        P.O. Box 25194
                                        7595 Currell Blvd
                                        St. Paul, MN 55125
                                        Phone: (651) 237-3494
                                        *Attorney for Plaintiff*

2

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In Re:

Savanna Ann Kottke,                                          Bky. No. 22-41513

        Debtor.

---

First National Bank of Omaha,                               Adv. No.:22-04051

        Plaintiff,

v.

Savanna Ann Kottke,

        Defendant.

---

## AFFIDAVIT OF FIRST NATIONAL BANK OF OMAHA
## IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AND
## AMOUNT DUE ON ACCOUNT

*Teresa McCart*            , being first duly sworn on oath states as follows:

1.    I am a *Lead Specialist* for First National Bank of Omaha and make this Affidavit in support of Plaintiff's Motion for Default Judgment. I have knowledge of the information below based upon my review of First National Bank of Omaha's business records. I am also a custodian of records for First National Bank of Omaha.

2.    First National Bank of Omaha's records indicate that the Debtor, Savanna Ann Kottke is not an infant or incompetent.

1

3.      The Debtor, Savanna Ann Kottke, was issued a credit card account by First National Bank of Omaha, number xxxx-xxxx-xxxx-6225, which account was opened on December 11, 2017.

4.      On June 8, 2022, the Account was in good standing and the balance on the account was $2,874.19.

5.      Then between June 8, 2022 and August 26, 2022, the Debtor started charging excessively and charged $11,476.16 on the Account, which exceeded the Debtor's credit limit. See Account Statements attached hereto and marked Exhibit A.

6.      I have reviewed Exhibit A and it is a true and correct copy of the account statement for the debtor's account ending in 6225, which First National Bank of Omaha maintains in the ordinary course of its business.

7.      The Debtor's charges on the account during this time period, included, but were not limited to:

      a.  A charge to Hilton Myrtle in the amount of $947.85;

      b.  A charge to Hilton Hotels in the amount of $362.65; and

      c.  A charge to Under Armor in the amount of $236.10; and

      d.  A charge to Carter's in the amount of $315.50.

See Exhibit A, a true and accurate copy of the billing statements attached hereto.

8.      The Debtor made two payments on the Account after the above-burst in spending and prior to filing for bankruptcy protection.

9.      The Debtor received his bankruptcy counseling on January 24, 2022 and kept charging on this Account.

2

10.    The Debtor listed this account in her bankruptcy schedules as only having a balance of $8,600.00.

11.    Given the Debtor's monthly income, monthly living expenses, and circumstances as set forth in her sworn Schedules and sworn Statement of Financial Affairs, at the time the Defendant incurred the abovementioned $11,476.16 in charges, the Debtor's monthly disposable income was not sufficient to pay for these transactions pursuant to the terms and conditions associated with the account.

12.    The Debtor made approximately $9,176.16 in purchases on the abovementioned accounts within 90 days of filing bankruptcy.

13.    To the extent that the Debtor incurred luxury good purchases or services aggregating more than $800.00 within ninety days of filing this Chapter 13 bankruptcy, said luxury good purchases or services are presumed nondischargeable pursuant to 11 U.S.C. §523 (a) (2) (C)(i).

14.    Based on the location, frequency, amounts, and change in spending, the charges made during the 90-day period appear to be for luxury and/or non-necessity type goods or services.

15.    Upon information and belief, the $9,176.16 in charges made during the 90-day period were for luxury and/or non-necessity type goods or services and should not be discharged.

16.    Based on the foregoing, the charges incurred for luxury goods or services over $800.00 are non-dischargeable pursuant to 11 U.S.C. §523 (a) (2) (C).

17.    Pursuant to the account agreement, the Debtor agreed to repay Plaintiff for the charges on the account by using the card and represented that she had the ability to repay for the charges.

3

18.    When the Debtor made the $11,476.16 in charges on this account, the Debtor represented that she had the intention to repay said debt to the Plaintiff pursuant to the terms of the account agreement and by use of the card.

19.    The account statements are marked Exhibit A and attached hereto.

20.    The Plaintiff relied upon the Debtor's representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement in allowing the Debtor to use the account and incur the charges, as set forth in Exhibit A, attached hereto.

21.    Although the Debtor knew or should have known that she would not be able to repay Plaintiff for the check, the Debtor quickly charged $11,476.16 on the account in a short period of time, made minimal payments, and then filed for bankruptcy protection in hopes of having the debt discharged.

22.    The Debtor's spending habits and patterns changed suddenly and drastically during the relevant time period.

23.    The Debtor was using the account infrequently for several months and then quickly used most of the credit in a short period of time and then made two minimal payments before filing for bankruptcy protection.

24.    The Debtor either deliberately intended to deceive Plaintiff or acted recklessly with regard to her ability to pay Plaintiff for the $11,476.16 in charges.

25.    The Plaintiff monitored the Defendant's card activity and credit worthiness on a monthly basis and there were no indications and/or "red flags" indicating that Defendant would not repay Plaintiff for these charges.

4

26.    The Plaintiff was justified in its reliance upon the Debtor's representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement.

27.    The Debtor incurred the abovementioned $11,476.16 debt on the Plaintiff's accounts at a time when the Debtor was unable to meet her existing financial obligations as they became due.

28.    Based upon the above, at the time the Debtor incurred the abovementioned $11,476.16 debt, the Debtor intended to deceive the Plaintiff in that she either had no intention to repay said debt to the Plaintiff pursuant to the terms of the account agreement or the Debtors knew or should have known that she had no ability to repay said debt to the Plaintiff.

29.    Based upon the above, at the time the Debtor incurred the abovementioned $11,476.16 debt, the Debtor deceived the Plaintiff in that she made such representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement with knowledge that the debtor was unable to repay Plaintiff or to abide by the terms of the account agreement with a reckless disregard as to the truthfulness of said representations.

30.    Therefore, the Debtor obtained said money from the Plaintiff by false pretenses, false representation, or actual fraud, and at the time of filing, the debt owed to the plaintiff was in the amount of $11,476.16 and for the above reasons, this indebtedness to Plaintiff, First National Bank of Omaha, is nondischargeable in bankruptcy pursuant to 11 U.S.C. §523 (a) (2) (A).

31.    This is an action brought by the Plaintiff to determine that the claim held by Plaintiff against Debtor is excepted from discharge pursuant to 11 U.S.C. §523(a)(2)(A) and/or 11 U.S.C. §523(a)(2)(C).

32.   The outstanding amounts due on the accounts is $11,476.16 plus the $350.00

Adversary Proceeding filing fee, for a total of $11,826.16.

FURTHER AFFIANT SAYETH NOT.

FIRST NATIONAL BANK OF OMAHA

Print: _Teresa McCart_____

Its: _TM_____

Subscribed and sworn to before me
this _20_ day of _January_____, 2023.

_____
Notary Public

GEOFFREY R SOMERS
GENERAL NOTARIAL
**SEAL**
STATE OF NEBRASKA
Commission Expires
May 28, 2025

6

**SCHEELS VISA**     **VISA**

| | |
|---|---|
| Account Number: | ■ ■ ■ 6225 |
| New Balance: | $8,600.14 |
| Minimum Payment Due: | $214.00 |
| Payment Due Date: | August 7, 2022 |

Make checks payable to First National Bank of Omaha

First National Bank of Omaha
P.O. Box 2557
Omaha, NE 68103-2557

Amount of Payment Enclosed

$

2253    101440

SAVANNA A KOTTKE
PO BOX 371
BROWNTON MN 55312-0371

**Change of Address?** If yes, please
complete reverse side.

■■■6225    0000000021400    0000000860014

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

**SCHEELS Signature® Visa®**

Account Number:
■■6225
Page 001 of 002

 **Account Summary**

| | |
|---|---|
| Previous Balance | $2,874.19 |
| Payments | -$64.52 |
| Other Credits | -$48.00 |
| Purchases | +$5,709.17 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$129.30 |
| **New Balance** | **$8,600.14** |

Statement Closing Date ....... 07/11/22
Days in Billing Cycle ..................... 33

| | |
|---|---|
| Total Credit Limit | $14,000.00 |
| Available Credit | $5,399.00 |
| Cash Limit | $2,800.00 |
| Available Cash | $2,800.00 |

**Payment Information**

| | |
|---|---|
| New Balance | $8,600.14 |
| Minimum Payment Due | $214.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | August 7, 2022 |

**Late Payment Warning:** If we do not receive your minimum
payment by the date listed above, you may have to pay a late fee of up to
$40.

**Minimum Payment Warning:** If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 19 years | $29,787 |
| $319 | 3 years | $11,484 (Savings $9,303) |

If you would like information about credit counseling services, call 1-866-486-6322.

**Customer Service**

Save Time and Stamps
by Paying Online!

**Call: Toll Free 1-888-295-5540**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
**Visit: www.card.fnbo.com/scheels**
Remit to: First National Bank of Omaha, P.O. Box 2557, Omaha, NE 68103-2557

**Smart Tips**     **Give your credit rating a little boost!**

Paying over your minimum amount due can help reduce your account balance faster than you think -
and a lower average balance can help add up to a higher credit score!

# REWARD **YOUR** PASSION.™

Use your card to earn 3 points per $1 on SCHEELS Purchases and then 1 point per $1 on
other Net Purchases. Review your rewards program terms and conditions for complete details
including limitations.

**Point activity summary for the period covered by this statement:**

| | |
|---|---|
| 1,997 | Beginning Passion Points balance |
| 0 | Passion Points earned on SCHEELS Purchases |
| 5,662 | Passion Points earned on other purchases |
| 0 | Bonus Passion Points earned |
| 0 | Point adjustments |
| 7,500 | Passion Points automatically redeemed for a SCHEELS Gift Card |
| 159 | Current Passion Points balance |

With your SCHEELS® Visa® Card, Rewards are simple! Points are automatically redeemed in 2,500 point
increments for Gift Cards in multiples of $25. For your convenience, Gift Cards are consolidated into one
simple dollar amount up to $1,000. If you earn more than $1,000, your additional Gift Cards will be sent
separately.

 **Transaction Detail**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 6-24 | 6-27 | 74071052175399116300549 1 | CITY OF APPLE VALLEY R 952-9532300 MN | $48.00 (CR) |
| 7-06 | 7-06 | 74418002187045001491981 | ONLINE PAYMENT THANK YOU | $64.52 (CR) |
| **Transactions** | | | | |

Issued by First National Bank of Omaha

See reverse for additional information.

Continued next page



# Declutter

Enroll in **paperless statements**
today and avoid cluttering up
your mailbox or filing cabinet.

Account Number:
 6225
Page 002 of 002

🔍 **Transaction Detail**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 6-08 | 6-09 | 244021621590000925694821 7 | EDINA PLASTIC SURGERY, HTTPSWWW.EDIN MN | $2,300.00 |
| 6-15 | 6-16 | 246342221660070109857900 | LITTLE WOLF RESORT CASS LAKE MN | $652.50 |
| 6-15 | 6-16 | 244273321667202585533228 | MCDONALD'S F20382 SARTELL MN | $19.07 |
| 6-15 | 6-16 | 244450021574004199191124 | WM SUPERCENTER #1738 HUTCHINSON MN | $10.76 |
| 6-15 | 6-17 | 247170621576418774774 66 | HUTCHINSON LIQUOR HUTCH HUTCHINSON MN | $37.51 |
| 6-16 | 6-17 | 241640721670010112910 69 | TARGET    00012104 HUTCHINSON MN | $140.23 |
| 6-16 | 6-17 | 244373321677202252761 24 | MCDONALD'S F5949 HUTCHINSON MN | $8.98 |
| 6-16 | 6-17 | 244450021664002209892 03 | WM SUPERCENTER #1738 HUTCHINSON MN | $39.87 |
| 6-16 | 6-21 | 247170621586416870908 62 | HUTCHINSON LIQUOR HUTCH HUTCHINSON MN | $42.50 |
| 6-19 | 6-21 | 244450021714002179764 63 | WM SUPERCENTER #1738 HUTCHINSON MN | $396.45 |
| 6-20 | 6-22 | 246921621721003286596 29 | VERIZON-VICTRA MN WACO WACONIA MN | $32.20 |
| 6-20 | 6-22 | 245693021729000129091 39 | HELP U PACK N MOVE MINNEAPOLIS MN | $755.25 |
| 6-22 | 6-24 | 244450021741002370885 28 | KOHL'S #1266 CHASKA MN | $129.39 |
| 6-23 | 6-24 | 245710621749391000488 04 | CITY OF APPLE VALLEY RAPPLE VALLEY MN | $48.00 |
| 6-23 | 6-24 | 244273321747202485937 261 | MCDONALD'S F19055 NORWOOD YOUNG MN | $21.90 |
| 6-23 | 6-24 | 240552321742007096700705 | CTY OF EAGAN-CASCADE BAY EAGAN MN | $50.00 |
| 6-23 | 6-27 | 241225921750160055931 11 | HEARTBREAKERS BAR AND GRI CHASKA MN | $80.33 |
| 6-26 | 6-27 | 241374621780012467810 85 | VALLEYFAIR FOODS SHAKOPEE MN | $19.77 |
| 6-26 | 6-27 | 241374621780012467812 90 | VALLEYFAIR FOODS SHAKOPEE MN | $17.17 |
| 6-26 | 6-27 | 241374621780012467809 53 | VALLEYFAIR CABANA FOODS SHAKOPEE MN | $30.55 |
| 6-26 | 6-27 | 241374621780012467811 18 | VALLEYFAIR FOODS SHAKOPEE MN | $13.95 |
| 6-26 | 6-27 | 241374621780012467813 73 | VALLEYFAIR FOODS SHAKOPEE MN | $26.06 |
| 6-27 | 6-28 | 244021621780000013632787 | EDINA PLASTIC SURGERY, HTTPSWWW.EDIN MN | $120.84 |
| 6-27 | 6-29 | 241831021799000137008 92 | CROOKED PINT - CHASKA CHASKA MN | $57.00 |
| 7-01 | 7-05 | 244450021856006586731 660 | MAURICE'S #2035 EDEN PRAIRIE MN | $41.39 |
| 7-02 | 7-05 | 246921621861000421575172 | LIFE TIME FITNESS 151 952-947-0000 MN | $186.01 |
| 7-04 | 7-05 | 244009921864000540007 96 | MGM CHASKA # 50 CHASKA MN | $40.53 |
| 7-05 | 7-06 | 249416621869380003489 75 | HOLIDAY STATIONS 0402 EDEN PRAIRIE MN | $84.39 |
| 7-05 | 7-07 | 241640721870910160227 53 | TARGET    00013524 CHASKA MN | $38.07 |
| 7-05 | 7-07 | 242316821870831930500954 7 | CHASKA 952-448-5112 MN | $195.88 |
| 7-07 | 7-08 | 242318821890008882039 29 | DAIRY QUEEN #11831 CHASKA MN | $10.60 |
| 7-10 | 7-11 | 244921521917150243029447 | UBER   TRIP HELP.UBER.COM CA | $27.67 |
| 7-10 | 7-11 | 244921521917150201600537 | UBER   TRIP HELP.UBER.COM CA | $5.75 |
| 7-10 | 7-11 | 244921521917199915241317 | UBER   TRIP HELP.UBER.COM CA | $18.52 |

Fees

Total Fees For This Period | $0.00

Interest Charged

Interest Charge on Purchases | $129.30
Interest Charge on Cash Advances | $0.00
Interest Charge on Balances Transfers | $0.00
Total Interest For This Period | $129.30

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.    (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 19.74% (v) | N/A | $7,243.56 | 33 | $129.30 |
| Cash Advance | 25.99% (v) | N/A | $0.00 | 33 | $0.00 |

## 2022 Total Year-to-Date

Total fees charged in 2022 .................................................. $106.95
Total interest charged in 2022 ........................................... $246.54

## SCHEELS VISA  VISA

**Account Number:** ████ 6225
**New Balance:** ............................ $11,477.11
**Minimum Payment Due:** ................. $520.33
**Payment Due Date:** ...... September 7, 2022

Make checks payable to First National Bank of Omaha

First National Bank of Omaha
P.O. Box 2557
Omaha, NE 68103-2557

Amount of Payment Enclosed

$ .

2253    100668

SAVANNA A KOTTKE
PO BOX 371
BROWNTON MN 55312-0371

**Change of Address?** If yes, please complete reverse side.

████225    0000000052033    0000001147711

---

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

### SCHEELS Signature® Visa®

**Account Number:**
████225
Page 001 of 002

###  Account Summary

| | |
|---|---|
| Previous Balance | $8,600.14 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$2,683.47 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$29.00 |
| Interest Charged | +$164.50 |
| **New Balance** | **$11,477.11** |

Statement Closing Date ....... 08/10/22
Days in Billing Cycle ......................... 30

| | |
|---|---|
| Total Credit Limit | $14,000.00 |
| Available Credit | $2,522.00 |
| Cash Limit | $2,800.00 |
| Available Cash | $2,522.00 |

### Payment Information

| | |
|---|---|
| New Balance | $11,477.11 |
| Minimum Payment Due | $520.33 |
| Past Due Amount | $214.00 |
| Payment Due Date | **September 7, 2022** |

🔔 **Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.

🔔 **Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 22 years | $29,895 |
| $429 | 3 years | $15,444 (Savings $13,451) |

If you would like information about credit counseling services, call 1-866-486-6322.

---

###  Customer Service
Save Time and Stamps by Paying Online!

**Call: Toll Free 1-888-295-5540**
(TDD Telecommunications Device for the Deaf: 1-800-925-2933) (Balance Transfer Hotline: 1-877-388-8231)
**Visit: www.card.fnbo.com/scheels**
Remit to: First National Bank of Omaha, P.O. Box 2557, Omaha, NE 68103-2557

---

💡 **Smart Tips**   Give your credit rating a little boost!

Paying over your minimum amount due can help reduce your account balance faster than you think - and a lower average balance can help add up to a higher credit score!

---

## REWARD **YOUR** PASSION.™

Use your card to earn 3 points per $1 on SCHEELS Purchases and then 1 point per $1 on other Net Purchases. Review your rewards program terms and conditions for complete details including limitations.

**Point activity summary for the period covered by this statement:**

      159  Beginning Passion Points balance
        0  Passion Points earned on SCHEELS Purchases
    2,684  Passion Points earned on other purchases
        0  Bonus Passion Points earned
        0  Point adjustments
    2,500  Passion Points automatically redeemed for a SCHEELS Gift Card
      343  Current Passion Points balance

With your SCHEELS® Visa® Card, Rewards are simple! Points are automatically redeemed in 2,500 point increments for Gift Cards in multiples of $25. For your convenience, Gift Cards are consolidated into one simple dollar amount up to $1,000. If you earn more than $1,000, your additional Gift Cards will be sent separately.

---

### Important Information Regarding Your Account

**By your closing date, we had not received the required payment.**
**Please forward the proper minimum amount due to bring your account current.**

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

Issued by First National Bank of Omaha

See reverse for additional information.

Continued next page

# Email Update

Ensure you're receiving the latest offers and communication by keeping your email address current. Log in today and make sure we have the latest.

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Transactions** | | | | |
| 7-11 | 7-12 | 24137462193001503916549 | HY-VEE SHAK MKT GRL 4562 SHAKOPEE MN | $23.38 |
| 7-11 | 7-13 | 24276392193900018830437 | WACONIA BREWING COMPANY WACONIA MN | $17.25 |
| 7-12 | 7-14 | 24013392194001359695774 | BENEDICTINE LIVING DINING SHAKOPEE MN | $8.59 |
| 7-17 | 7-18 | 24427332198720024516763 | MCDONALD'S F35706 CHASKA MN | $26.46 |
| 7-17 | 7-18 | 24137462199001243089411 | VALLEYFAIR FOODS SHAKOPEE MN | $34.75 |
| 7-17 | 7-18 | 24137462199001243089668 | SPEEDWAY 04035 SHAKOPEE MN | $50.01 |
| 7-17 | 7-18 | 24137462199001243089338 | VALLEYFAIR MERCHANDISE SHAKOPEE MN | $37.94 |
| 7-17 | 7-18 | 24137462199001243089585 | VALLEYFAIR CABANA FOODS SHAKOPEE MN | $30.55 |
| 7-17 | 7-18 | 24801972198400517000399 | CHASKA TOBACCO CONVENIEN CHASKA MN | $42.95 |
| 7-18 | 7-19 | 24164072193001916018615 | TARGET      00013524 CHASKA MN | $76.78 |
| 7-21 | 7-21 | 24193042200002565542023 7 | Floyds Bar and Grill Victoria MN | $39.00 |
| 7-22 | 7-25 | 24445002204000941811955 | WALGREENS #1002 PLYMOUTH MN | $24.46 |
| 7-22 | 7-25 | 24692162204100196313434 | VERIZON-VICTRA MN WACO WACONIA MN | $75.14 |
| 7-23 | 7-25 | 24492152204719717879624 7 | UBER   TRIP HELP.UBER.COM CA | $29.95 |
| 7-23 | 7-25 | 24492152204743731701297 7 | UBER   TRIP HELP.UBER.COM CA | $20.17 |
| 7-23 | 7-25 | 24492152204745717959876 7 | UBER   TRIP HELP.UBER.COM CA | $5.99 |
| 7-23 | 7-25 | 24210732204706000012401 | UNDER ARMOUR ALBERTVILLE ALBERTVILLE MN | $236.10 |
| 7-23 | 7-25 | 24492152204713568387998 7 | UBER   TRIP HELP.UBER.COM CA | $14.94 |
| 7-23 | 7-25 | 24492152204717675880337 7 | UBER   TRIP HELP.UBER.COM CA | $17.90 |
| 7-23 | 7-25 | 24492152204717675892415 7 | UBER   TRIP HELP.UBER.COM CA | $6.00 |
| 7-23 | 7-25 | 24137462205500781960323 | CARTER'S #761 ALBERTVILLE MN | $315.50 |
| 7-23 | 7-25 | 24164072205140449271194 | OLIVE GARDEN 00015347 MAPLE GROVE MN | $111.51 |
| 7-30 | 8-01 | 24037242212900014900195 | MIGHTY'S LIQUOR PLATO MN | $22.08 |
| 7-30 | 8-01 | 24037242212900014900209 | MIGHTY'S LIQUOR PLATO MN | $19.22 |
| 7-30 | 8-01 | 24453882211002699809817 | Brownton Bar & Grill Brownton MN | $53.89 |
| 7-31 | 8-01 | 24427332212720036724657 | CHASKA CUB FOODS CHASKA MN | $52.72 |
| 8-01 | 8-01 | 24189042213002705092259 | Wily McCoys Chaska LLC CHASKA MN | $85.59 |
| 8-01 | 8-02 | 24692162213100711168296 2 | LTP*LIFE TIME MO DUES 888-430-6432 MN | $197.02 |
| 8-01 | 8-03 | 24013392214000134497476 | BENEDICTINE LIVING DINING SHAKOPEE MN | $4.30 |
| 8-06 | 8-08 | 24492162218000006825142 7 | UBER* TRIP WWW.UBER.COM CA | $16.95 |
| 8-06 | 8-08 | 24492152218715522172517 | UBER   TRIP HELP.UBER.COM CA | $3.00 |
| 8-06 | 8-08 | 24492152218745551609698 7 | UBER   TRIP HELP.UBER.COM CA | $10.59 |
| 8-06 | 8-08 | 24492152218745529970728 7 | UBER   TRIP HELP.UBER.COM CA | $23.94 |
| 8-09 | 8-10 | 24692162221100915734779 7 | PRICELN*HILTON MYRTLE 800-774-2354 CT | $947.85 |
| **Fees** | | | | |
| 8-08 | 8-10 | 74694512222000222062000 | LATE FEE | $29.00 |
| **Total Fees For This Period** | | | | **$29.00** |

**Interest Charged**

| | |
|---|---|
| Interest Charge on Purchases | $164.50 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| **Total Interest For This Period** | **$164.50** |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.    (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 20.49% (v) | N/A | $9,775.08 | 30 | $164.50 |
| Cash Advance | 26.74% (v) | N/A | $0.00 | 30 | $0.00 |

## 2022 Total Year-to-Date

| | |
|---|---|
| Total fees charged in 2022 | $135.95 |
| Total interest charged in 2022 | $411.04 |

## SCHEELS VISA  |  VISA

| | |
|---|---|
| Account Number: ▓▓▓▓ 6225 | |
| New Balance: ............................ $14,483.21 | |
| Minimum Payment Due: ................. $585.01 | |
| Payment Due Date: .......... October 7, 2022 | |

Make checks payable to First National Bank of Omaha

First National Bank of Omaha
P.O. Box 2557
Omaha, NE 68103-2557

Amount of Payment Enclosed

$ _____ .

2253   116202

SAVANNA A KOTTKE
PO BOX 371
BROWNTON MN 55312-0371

Change of Address? If yes, please complete reverse side.

▓▓▓▓▓225   0000000058501   0000001448321

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

**SCHEELS Signature® Visa®**

Account Number:
▓▓▓▓6225
Page 001 of 003

 **Account Summary**

| | |
|---|---|
| Previous Balance ............. $11,477.11 | |
| Payments ................................ -$350.00 | |
| Other Credits ............................ -$0.00 | |
| Purchases ...................... +$3,083.52 | |
| Balance Transfers ................... +$0.00 | |
| Cash Advances ...................... +$0.00 | |
| Fees Charged .......................... +$40.00 | |
| Interest Charged ................. +$232.58 | |
| **New Balance** ................. **$14,483.21** | |

Statement Closing Date ....... 09/09/22
Days in Billing Cycle ........................ 30

| | |
|---|---|
| Total Credit Limit ............. $14,000.00 | |
| Available Credit ........................... $0.00 | |
| Cash Limit ........................... $2,800.00 | |
| Available Cash ........................... $0.00 | |

 **Payment Information**

New Balance ................................................................ $14,483.21
Minimum Payment Due ......................................... $585.01
Past Due Amount .............................................. $170.33
**Payment Due Date** ................................................ **October 7, 2022**

🔵 **Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.

🔵 **Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 24 years | $37,713 |
| $547 | 3 years | $19,692 (Savings $18,021) |

If you would like information about credit counseling services, call 1-866-486-6322.

👤 **Customer Service**
Save Time and Stamps by Paying Online!

**Call: Toll Free 1-888-295-5540**
(TDD Telecommunications Device for the Deaf: 1-800-926-2833) (Balance Transfer Hotline: 1-877-388-8231)
**Visit: www.card.fnbo.com/scheels**
Remit to: First National Bank of Omaha, P.O. Box 2557, Omaha, NE 68103-2557

💡 **Smart Tips**   **Give your credit rating a little boost!**

Paying over your minimum amount due can help reduce your account balance faster than you think - and a lower average balance can help add up to a higher credit score!

## REWARD **YOUR** PASSION.™

Use your card to earn 3 points per $1 on SCHEELS Purchases and then 1 point per $1 on other Net Purchases. Review your rewards program terms and conditions for complete details including limitations.

**Point activity summary for the period covered by this statement:**

- 343 Beginning Passion Points balance
- 0 Passion Points earned on SCHEELS Purchases
- 3,084 Passion Points earned on other purchases
- 0 Bonus Passion Points earned
- 0 Point adjustments
- 2,500 Passion Points automatically redeemed for a SCHEELS Gift Card
- 927 Current Passion Points balance

With your SCHEELS® Visa® Card, Rewards are simple! Points are automatically redeemed in 2,500 point increments for Gift Cards in multiples of $25. For your convenience, Gift Cards are consolidated into one simple dollar amount up to $1,000. If you earn more than $1,000, your additional Gift Cards will be sent separately.

## Important Information Regarding Your Account

**By your closing date, we had not received the required payment.**
**Please forward the proper minimum amount due to bring your account current.**

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Issued by First National Bank of Omaha

See reverse for additional information.

Continued next page



**VOID**

## New Statement Look Coming Soon

Guided by customer feedback, we're improving the content and layout of your monthly account statement to make it easier to read, while highlighting key information. We look forward to providing you more information as the changes are completed. Thank you for being our cardmember.

**VOID**



Account Number:
6225
Page 002 of 003

## 🔍 Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 8-15 | 8-15 | 7441800227045001997856 | ONLINE PAYMENT THANK YOU | $350.00 (CR) |
| **Transactions** | | | | |
| 8-16 | 8-17 | 24164072228091016113033 | TARGET        00012104 HUTCHINSON MN | $204.06 |
| 8-16 | 8-17 | 24455012228141002501696 | WAL-MART #1738 HUTCHINSON MN | $77.31 |
| 8-16 | 8-17 | 24427332228720242571489 | MCDONALD'S F19055 NORWOOD YOUNG MN | $8.36 |
| 8-16 | 8-18 | 24164072229957004431392 | APPLEBEES HUTC19219377 HUTCHINSON MN | $81.00 |
| 8-17 | 8-18 | 24455012229141002484410 | WAL-MART #1738 HUTCHINSON MN | $219.69 |
| 8-17 | 8-18 | 24941662229898000618916 | HOLIDAY STATIONS 0340 CHASKA MN | $20.92 |
| 8-17 | 8-18 | 24941662229898000615790 | HOLIDAY STATIONS 0340 CHASKA MN | $80.00 |
| 8-18 | 8-22 | 24445002231300558160911 | CASEYS #3574 NEW RICHLAND MN | $5.37 |
| 8-18 | 8-22 | 24445002231300558161091 | CASEYS #3574 NEW RICHLAND MN | $5.37 |
| 8-19 | 8-22 | 24692162231100349512772 7 | PRICELN*HOLIDAY INN EX 800-774-2354 CT | $126.97 |
| 8-19 | 8-22 | 24164072231091016521727 | TARGET        00017681 CEDAR RAPIDS IA | $26.09 |
| 8-19 | 8-22 | 24183102233900019206971 | THE VALENTINE NASHVILLE TN | $32.86 |
| 8-19 | 8-22 | 24183102233900019207788 | THE VALENTINE NASHVILLE TN | $18.03 |
| 8-19 | 8-22 | 24445002232300511977000 | CASEYS #3542 BENTON IL | $78.03 |
| 8-19 | 8-22 | 24445002232300511976949 | CASEYS #2782 CEDAR RAPIDS IA | $72.00 |
| 8-20 | 8-22 | 24943002232846382660019 | OLE RED NASHVILLE NASHVILLE TN | $22.00 |
| 8-20 | 8-22 | 24492152232717398263692 7 | UBER  TRIP HELP.UBER.COM CA | $8.78 |
| 8-20 | 8-22 | 24943002232846382467183 | OLE RED NASHVILLE NASHVILLE TN | $20.00 |
| 8-20 | 8-22 | 24431062233200928500490 | PINNACLE NASHVILLE TN | $25.00 |
| 8-20 | 8-22 | 24492152232717042258986 7 | UBER  TRIP HELP.UBER.COM CA | $30.98 |
| 8-20 | 8-22 | 24011342232000040493263 | SP GOO GOO CLUSTER 615-4906685 TN | $13.17 |
| 8-20 | 8-22 | 24226362233091000589160 | WAL-MART #5616 NASHVILLE TN | $31.82 |
| 8-20 | 8-22 | 24755422233162330771643 | FGL HOUSE NASHVILLE TN | $19.00 |
| 8-20 | 8-22 | 24801972233091571000586 | SECOND AVE MUSEUM LLC NASHVILLE TN | $95.92 |
| 8-20 | 8-22 | 24270742233900011288545 | 3489-LOGAN'S ROADHOUSE NASHVILLE TN | $103.00 |
| 8-21 | 8-22 | 24122542234740400641S181 | BP#4979753 SPEAKS #106 CAMDEN SC | $77.64 |
| 8-21 | 8-22 | 24427392233702206574510 | MCDONALD'S F3274 LEBANON TN | $3.28 |
| 8-21 | 8-22 | 24427392233702243120304 | MCDONALD'S F27117 CAMDEN SC | $7.66 |
| 8-21 | 8-22 | 24427392233740037635181 | SONIC DRIVE IN #4234 LEBANON TN | $43.08 |
| 8-21 | 8-23 | 24755422234152345664874 | MILLENNIUM MAXWELL HOUSE 615-2594343 TN | $36.48 |
| 8-22 | 8-23 | 24003412234900010515602 | I LOVE SUGAR MYRTLE BEACH M MYRTLE BEACH SC | $37.00 |
| 8-22 | 8-23 | 24943002235206588000093 | 1504 JCS MYRTLE B BDWY MYRTLE BEACH SC | $37.72 |
| 8-22 | 8-23 | 24943002235206588000261 | 1504 JCS MYRTLE B BDWY MYRTLE BEACH SC | $155.33 |
| 8-22 | 8-24 | 24755422235152355099508 | HILTON MB WT WHISTLE BAR MYRTLE BEACH SC | $46.37 |
| 8-22 | 8-24 | 24692162235109387632189 | RIPLEYS MB MUSEUM MYRTLE BEACH SC | $102.07 |
| 8-23 | 8-24 | 24469982236400025400681 | KWIK-E-MART MYRTLE BEACH SC | $8.90 |
| 8-23 | 8-25 | 24185102236900001669071 | SWEET CAROLINAS BBQ LLC MYRTLE BEACH SC | $90.00 |
| 8-23 | 8-25 | 24755422236152366614350 | HILTON MB RETAIL SHORES M MYRTLE BEACH SC | $43.70 |
| 8-25 | 8-25 | 24767352237000001295414 | BEACH RIDER AMUSEMENT MYRTLE BEACH SC | $96.88 |
| 8-24 | 8-26 | 24755422237152376762504 | HILTON MB RETAIL SHORES M MYRTLE BEACH SC | $13.18 |
| 8-24 | 8-26 | 24231682237698933554019 | HARD ROCK MYRTLE BEACH R MYRTLE BEACH SC | $122.21 |
| 8-24 | 8-26 | 24073142237902011705547 | TREASURE ISLAND GOLF MYRTLE BEACH SC | $48.00 |
| 8-25 | 8-26 | 24000972237889023560615 | DONALDS PANCAKE HOUSE MYRTLE BEACH SC | $104.46 |
| 8-25 | 8-26 | 24789302237891300799202 | MARGARITAVILLE MYRTLE BEA MYRTLE BEACH SC | $141.31 |
| 8-25 | 8-26 | 24789302237691302173016 | MARGARITAVILLE MYRTLE BEA MYRTLE BEACH SC | $9.81 |
| 8-25 | 8-29 | 24801982238090002928739 | CAPTAIN HOOKS ADVENTURE G MYRTLE BEACH SC | $9.97 |
| 8-25 | 8-29 | 24801662238000028287091 | CAPTAIN HOOKS ADVENTURE G MYRTLE BEACH SC | $58.05 |
| 8-26 | 8-29 | 24137462239001552620170 | SPEEDWAY 04587 2949 HIGHW AYNOR SC | $12.07 |
| 8-26 | 8-29 | 24755422239162390491455 | HILTON HOTELS MYRTLE BEACH SC | $362.65 |
| **Fees** | | | | |
| 9-07 | 9-09 | 74694512252000252062000 | LATE FEE | $40.00 |
| **Total Fees For This Period** | | | | $40.00 |

Continued next page

# Our commitment to you

Quality products and superior customer service.



Account Number:
        6225
Page 003 of 003

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $232.58 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| **Total Interest For This Period** | | | | **$232.58** |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.   (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 21.24% (v) | N/A | $13,322.03 | 30 | $232.58 |
| Cash Advance | 27.49% (v) | N/A | $0.00 | 30 | $0.00 |

## 2022 Total Year-to-Date

Total fees charged in 2022 ................................................ $175.95
Total interest charged in 2022 ................................................ $643.62

**Additional Information Regarding Your Account**

### SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)

If you are an **active duty member of the United States Military**, you may be eligible for additional benefits on your account(s) under the Servicemembers Civil Relief Act (SCRA).

For additional information regarding SCRA benefits, please call 855-868-8446 or log in to the website listed on the front of your statement and click 'Resources' for more information.

**SCHEELS VISA**          **VISA**

| | |
|---|---|
| Account Number: ███ 6225 | |
| New Balance: ............................... **$14,483.21** | |
| Minimum Payment Due: ................. **$585.01** | |
| Payment Due Date: ....... **November 7, 2022** | |

Make checks payable to First National Bank of Omaha

2253/B    000000

First National Bank of Omaha
P.O. Box 2557
Omaha, NE 68103-2557

Amount of Payment Enclosed

$

SAVANNA A KOTTKE
PO BOX 371
BROWNTON MN 55312-0371

Change of Address? If yes, please
complete reverse side.

████225      0000000058501      0000001448321

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

**SCHEELS Signature® Visa®**

Account Number:
████225
Page 001 of 001

## Account Summary

| | |
|---|---|
| Previous Balance ............. | $14,483.21 |
| Payments .................................... | -$0.00 |
| Other Credits ............................. | -$0.00 |
| Purchases .................................. | +$0.00 |
| Balance Transfers ..................... | +$0.00 |
| Cash Advances ......................... | +$0.00 |
| Fees Charged ............................ | +$0.00 |
| Interest Charged ...................... | +$0.00 |
| **New Balance** ................... | **$14,483.21** |
| Statement Closing Date ....... | 10/12/22 |
| Days in Billing Cycle ...................... | 33 |
| Total Credit Limit ............. | $14,000.00 |
| Available Credit .......................... | $0.00 |
| Cash Limit ............................ | $2,800.00 |
| Available Cash ........................... | $0.00 |

## Payment Information

| | |
|---|---|
| New Balance ................................................. | $14,483.21 |
| Minimum Payment Due ................................. | $585.01 |
| Past Due Amount ......................................... | $585.01 |
| **Payment Due Date** ................................ | **November 7, 2022** |

⚠ **Minimum Payment Warning:** Even if you make no more
charges using this card, if you make only the minimum payment each
month we estimate you will never pay off the balance shown on this
statement because your payment will be less than the interest charged
each month.

If you would like information about credit counseling services, call 1-866-486-6322.

---

👤 **Customer Service**
Save Time and Stamps
by Paying Online!

**Call: Toll Free 1-888-295-5540**
(TDD Telecommunications Device for the Deaf) 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
**Visit: www.card.fnbo.com/scheels**
Remit to: First National Bank of Omaha, P.O. Box 2557, Omaha, NE 68103-2557

💡 **Smart Tips**      **Give your credit rating a little boost!**

Paying over your minimum amount due can help reduce your account balance faster than you think -
and a lower average balance can help add up to a higher credit score!

🔍 **Transaction Detail**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Fees** | | | | |
| **Total Fees For This Period** | | | | $0.00 |
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $0.00 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| **Total Interest For This Period** | | | | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.      (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 0.00% | N/A | $14,483.21 | 33 | $0.00 |
| Cash Advance | 0.00% | N/A | $0.00 | 33 | $0.00 |

## 2022 Total Year-to-Date

| | |
|---|---|
| Total fees charged in 2022 ................................................. | $175.95 |
| Total interest charged in 2022 ............................................ | $643.62 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:

  Savanna Ann Kottke,                                                    Bky. No. 22-41513

             Debtor.

First National Bank of Omaha,                                            Adv. No.:22-04051

             Plaintiff,

v.

Savanna Ann Kottke,

             Defendant.

**FINDINGS OF FACT, CONCLUSIONS OF LAW**
**AND ORDER FOR JUDGMENT**

      The Plaintiff's motion for default judgment, which was supported by affidavit and attached exhibits, came before the undersigned.

      Based upon the pleadings, the file, and the record of the proceedings herein, the Court makes the following findings of fact, conclusions of law and order for judgment.

### Findings of Fact and Conclusions of Law

      1.     The Debtor, Savanna Ann Kottke, was issued a credit card account by First National Bank of Omaha, number xxxx-xxxx-xxxx-6225, which account was opened on December 11, 2017.

1

2.       On June 8, 2022, the Account was in good standing and the balance on the account was $2,874.19.

3.       Then between June 8, 2022 and August 26, 2022, the Debtor started charging excessively and charged $11,476.16 on the Account, which exceeded the Debtor's credit limit.

4.       The Debtor's charges on the account during this time period, included, but were not limited to:

a.       A charge to Hilton Myrtle in the amount of $947.85;

b.       A charge to Hilton Hotels in the amount of $362.65; and

c.       A charge to Under Armor in the amount of $236.10; and

d.       A charge to Carter's in the amount of $315.50.

5.       The Debtor made two payments on the Account after the above-burst in spending and prior to filing for bankruptcy protection.

6.       The Debtor received her bankruptcy counseling on January 24, 2022 and kept charging on this Account.

7.       The Debtor listed this account in her bankruptcy schedules as only having a balance of $8,600.00.

8.       Given the Debtor's monthly income, monthly living expenses, and circumstances as set forth in her sworn Schedules and sworn Statement of Financial Affairs, at the time the Defendant incurred the abovementioned $11,476.16 in charges, the Debtor's monthly disposable income was not sufficient to pay for these transactions pursuant to the terms and conditions associated with the account.

2

9.      The Debtor made approximately $9,176.16 in purchases on the abovementioned accounts within 90 days of filing bankruptcy.

10.     To the extent that the Debtor incurred luxury good purchases or services aggregating more than $800.00 within ninety days of filing this Chapter 13 bankruptcy, said luxury good purchases or services are presumed nondischargeable pursuant to 11 U.S.C. §523 (a) (2) (C)(i).

11.     Based on the location, frequency, amounts, and change in spending, the $9,176.16 in charges made during the 90-day period were for luxury and/or non-necessity type goods or services and should not be discharged.

12.     Pursuant to the account agreement, the Debtor agreed to repay Plaintiff for the charges on the account by using the card and represented that she had the ability to repay for the charges.

13.     When the Debtor made the $11,476.16 in charges on this account, the Debtor represented that she had the intention to repay said debt to the Plaintiff pursuant to the terms of the account agreement and by use of the card.

14.     The Plaintiff relied upon the Debtor's representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement in allowing the Debtor to use the account and incur the charges.

15.     Although the Debtor knew or should have known that she would not be able to repay Plaintiff for the check, the Debtor quickly charged $11,476.16 on the account in a short period of time, made minimal payments, and then filed for bankruptcy protection in hopes of having the debt discharged.

3

16. The Debtor's spending habits and patterns changed suddenly and drastically during the relevant time period.

17. The Debtor was using the account infrequently for several months and then quickly used most of the credit in a short period of time and then made two minimal payments before filing for bankruptcy protection.

18. The Debtor either deliberately intended to deceive Plaintiff or acted recklessly with regard to her ability to pay Plaintiff for the $11,476.16 in charges.

19. The Plaintiff monitored the Defendant's card activity and credit worthiness on a monthly basis and there were no indications and/or "red flags" indicating that Defendant would not repay Plaintiff for these charges.

20. The Plaintiff was justified in its reliance upon the Debtor's representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement.

21. The Debtor incurred the abovementioned $11,476.16 debt on the Plaintiff's accounts at a time when the Debtor was unable to meet her existing financial obligations as they became due.

22. Based upon the above, at the time the Debtor incurred the abovementioned $11,476.16 debt, the Debtor intended to deceive the Plaintiff in that she either had no intention to repay said debt to the Plaintiff pursuant to the terms of the account agreement or the Debtors knew or should have known that she had no ability to repay said debt to the Plaintiff.

23. Based upon the above, at the time the Debtor incurred the abovementioned $11,476.16 debt, the Debtor deceived the Plaintiff in that she made such representations of intent

4

to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement with knowledge that the debtor was unable to repay Plaintiff or to abide by the terms of the account agreement with a reckless disregard as to the truthfulness of said representations.

24.    This is an action brought by the Plaintiff to determine that the claim held by Plaintiff against Debtor is excepted from discharge pursuant to 11 U.S.C. §523(a)(2)(A) and/or 11 U.S.C. §523(a)(2)(C).

25.    Plaintiff duly served Debtor with a copy of its Complaint alleging that the indebtedness to the Plaintiff is an exception to discharge pursuant to 11 U.S.C. §523 (a) (2) (A), and/or §523 (a) (2) (C).

26.    Debtor has failed to answer the Complaint or otherwise appear or defend in this action and, accordingly, Debtors are in default.

27.    Plaintiff is entitled to default judgment and default judgment shall be granted to the Plaintiff, First National Bank of Omaha, against the Debtor in the amount of $11,476.16 plus the $350.00 Adversary Proceeding filing fee, for a total of $11,826.16.

**Order for Judgment**

IT IS HEREBY ORDERED:   That default judgment shall be granted to the Plaintiff, First National Bank of Omaha, against the Debtor in the amount of $$11,476.16 plus the $350.00 Adversary Proceeding filing fee, for a total of $11,826.16 pursuant to 11 U.S.C. §523 (a)(2)(C) and/or 11 U.S.C. §523 (a) (2) (A).

Dated:_____                    _____
                                                  Kesha L. Tanabe
                                                  United States Bankruptcy Judge

5

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

  Savanna Ann Kottke,                                                   Bky. No. 22-41513

          Debtor.

First National Bank of Omaha,                                        Adv. No.:22-04051

          Plaintiff,

v.

Savanna Ann Kottke,

          Defendant.

## UNSWORN CERTIFICATE OF SERVICE

        I, Jared M. Goerlitz, declare under penalty of perjury that on January 24, 2023, I mailed copies of the foregoing:

1. Plaintiff's Application for Default Judgment;
2. Affidavit of Default, Identification and Non-Military Status;
3. Affidavit of First National Bank of Omaha in Support of Motion for Default Judgment; and
4. Findings of Fact, Conclusions of Law and Order for Judgment,

by first class mail postage prepaid to each person, party and/or entity named below at the address stated below for each person, party and/or entity,

  Savanna Ann Kottke
  2970 Clover Ridge Dr
  Chaska, MN 55318

        And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: January 23, 2023                      Signed:  /e/ Jared M. Goerlitz