UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 22-41513 |
| Savanna Ann Kottke, | |
| Debtor. | Chapter 13 |

| | |
|---|---|
| First National Bank of Omaha, | Adv. Proc. No. 22-04051 |
| Plaintiff, | |
| v. | |
| Savanna Ann Kottke, | |
| Defendant. | |

**JUDGMENT**

This proceeding came before the Court and a decision or order for judgment was duly rendered, the Honorable Kesha L. Tanabe, United States Bankruptcy Judge, presiding.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. A money judgment is GRANTED in favor of the Plaintiff, First National Bank of Omaha, against Savanna Ann Kottke in the amount of $11,476.16 plus the $350.00 Adversary Proceeding filing fee, for a total of $11,826.16.

Dated: *February 3, 2023*

Tricia Pepin
United States Bankruptcy Court Clerk

By /e/ Tae Chang
Deputy Clerk